1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SYLVESTER REED,                    ) NO. CV 11-7379-MMM (MAN)
                                       )
12              Petitioner,            )
                                       )
13      v.                             ) JUDGMENT
                                       )
14  TERRY GONZALEZ, WARDEN,            )
                                       )
15              Respondent.            )
    _____)
16

17      Pursuant  to  the  Court's  Order  Accepting  Findings  and

18  Recommendations of United States Magistrate Judge,

19

20      IT IS ADJUDGED that this action is dismissed with prejudice.

21

22  DATED: November 9, 2011.

23

24                                    _____
                                              MARGARET M. MORROW
25                                      UNITED STATES DISTRICT JUDGE

26

27

28